# 05-18-01497-CR

ACCEPTED
05-18-01497-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/21/2018 11:56 AM
LISA MATZ
CLERK

**Appellate Docket Number:** 05-18-01497-CR
**Appellate Case Style:** Thomas Peter Higgins
**Vs.** The State of Texas

**Companion Case(s):**

Amended/Corrected Statement ☐

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/21/2018 11:56:04 AM
LISA MATZ
Clerk

## DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals
(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | III. Appellee |
|---|---|
| Name: Thomas Peter Higgins | Name: The State of Texas |
| Appellant Incarcerated? ☒ Yes ☐ No | Appellee Incarcerated? ☐ Yes ☒ No |
| Bond Amount: none | Bond Amount: |
| ☐ Pro Se | ☐ Pro Se |
| **If Pro Se Party, enter the following information:** | **If Pro Se Party, enter the following information:** |
| Address: | Address: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |

| II. Appellant Attorney(s) | IV. Appellee Attorney(s) |
|---|---|
| ☒ Lead Attorney     Appointed Attorney | ☒ Lead Attorney     District/County Attorney |
| Name: Danette Alvarado Broome | Name: John Rolater |
| Bar No. 00790223 | Bar No. 00791565 |
| Firm/Agency: Law Office of Danette Alvarado | Firm/Agency: Collin County District Attorney's Office |
| Address 1: 5700 Granite Parkway, Suite 200 | Address 1: 2100 Bloomdale Rd, Suite 200 |
| Address 2: | Address 2: |
| City/State/Zip: Plano, Texas 75024 | City/State/Zip: McKinney, Texas 75071 |
| Tel. 214-544-8787     Ext. | Tel. 972-548-4715     Ext. |
| Fax: 682-237-7051 | Fax: 214-491-4860 |
| Email: Danette@alvaradolawoffice.com | Email: jrolater@co.collin.tx.us |
| ☐ Lead Attorney     Select | ☐ Lead Attorney     Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext. | Tel.          Ext. |
| Fax: | Fax: |
| Email: | Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject Matter or Type of Case):
  Computer/Telecomm Crimes

Type of Judgment:
  Final Judgment

Date Trial Court imposed or suspended sentence in open court or date Trial Court entered appealable order:
  11-16-2018

Offense Charged:
  Possession of Child Pornography (Counts 1-10)

Date of Offense: 5-10-2017

Defendant's Plea: Guilty

If guilty, does defendant have the Trial Court's Certificate to Appeal?  ☒Yes  ☐No

Was the Trial by:  ☐ Jury  ☒ Non-Jury

Date Notice of Appeal filed in Trial Court:
  12-13-2018

If mailed to the Trial Court clerk, also give the date mailed:

Punishment Assessed:
  5 TDC Count 1-5, 10 Deferred Adj. Counts 6-10

Is the Appeal from the pre-trial order?  ☐ Yes  ☒ No

Does the Appeal involve the constitutionality or the validity of a statute, rule or ordinance?
  ☐Yes  ☐No

## VI. Actions Extending Time to Perfect Appeal

| | | |
|---|---|---|
| Motion for New Trial: | ☐Yes ☒No | If yes, date filed: |
| Motion in Arrest of Judgment: | ☐Yes ☒No | If yes, date filed: |
| Other: | ☐Yes ☒No | If yes, date filed: |
| If Other, please specify: | | |

## VII. Indigency of Party (Attach file stamped copy of Motion and Affidavit)

| | | | |
|---|---|---|---|
| Motion and Affidavit filed: | ☒Yes ☐No ☐N/A | If yes, date filed: 12-14-2018 | |
| Date of Hearing: | ☒N/A | | |
| Date of Order: | ☒N/A | | |
| Ruling on Motion: ☐Granted ☐Denied | ☒N/A | If granted or denied, date of ruling: | |

## VIII. Trial Court and Record

| | |
|---|---|
| Court: 296th District Court | **Clerk's Record** |
| County: Collin | Trial Court Clerk: ☒ District ☐ County |
| Trial Court Docket No. (Cause No.):<br>219-84142-2017 | Was Clerk's record requested? ☒Yes ☐No |
| Trial Court Judge (who tried or disposed of the case): | If yes, date requested: 12-21-2018 |
| Name: Honorable John R. Roach, Jr. | If no, date it will be requested: |
| Address 1: 2100 Bloomdale Rd., Suite 20012 | Were payment arrangements made with clerk?<br>☐ Yes ☐ No ☒ Indigent |
| Address 2: | |
| City/State/Zip: McKinney, TX 75071 | |
| Tel. 972-548-4409           Ext. | |
| Fax: | |
| Email: 296@collincountytx.gov | |

**Reporter's or Recorder's Record**

Is there a Reporter's Record?    ☒ Yes ☐ No

Was Reporter's Record requested?    ☒Yes ☐No

    If yes, date requested: 12-21-2018

    If no, date it will be requested:

Was the Reporter's Record electronically recorded?  ☒ Yes ☐No

Were payment arrangements made with the court reporter/court recorder?  ☐Yes ☐No ☒ Indigent

| | |
|---|---|
| ☒ Court Reporter    ☐ Court Recorder<br>☒ Official          ☐ Substitute | ☐ Court Reporter    ☐ Court Recorder<br>☐ Official          ☐ Substitute |
| Name: Jan Dugger | Name: |
| Address 1: 2100 Bloomdale Rd., Suite 20012 | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: McKinney, TX 75071 | City/State/Zip: |
| Tel. 972-548-4407           Ext. | Tel.           Ext. |
| Fax: | Fax: |
| Email: jdugger@co.collin.tx.us | Email: |

## IX. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court          Docket:

Style:

  Vs.

Court: Select Appellate Court          Docket:

Style:

  Vs.

Court: Select Appellate Court          Docket:

Style:

  Vs.

Court: Select Appellate Court          Docket:

Style:

  Vs.

Court: Select Appellate Court          Docket:

Style:

  Vs.

Court: Select Appellate Court          Docket:

Style:

  Vs.

## X. Signature

| | |
|---|---|
| *O. Alvarado Broome* | 12-21-2018 |
| Signature of counsel (or Pro Se Party) | Date |
| Danette Alvarado Broome | 00790223 |
| Printed Name | State Bar No. |
| /s/ Danette Alvarado Broome | Danette Alvarado Broome |
| Electronic Signature (Optional) | Name |

## XI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows:

| | |
|---|---|
| *O. Alvarado Broome* | /s/ Danette Alvarado Broome |
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |

00790223

State Bar No.

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by the attorney.

**Please enter the following for each person served:**

| | |
|---|---|
| Date Served: 12-21-2018 | Date Served: |
| Manner Served: eServe | Manner Served: Select |
| Name: John Rolater | Name: |
| Bar No. 00791565 | Bar No. |
| Firm/Agency: Collin County District Attorney's Office | Firm/Agency: |
| Address 1: 2100 Bloomdale Rd, Suite 200 | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: McKinney, Texas 75071 | City/State/Zip: |
| Tel. 972-548-4715          Ext. | Tel.          Ext. |
| Fax: 214-491-4860 | Fax: |
| Email: jrolater@co.collin.tx.us | Email: |
| Party: | Party: |

**Please enter the following for each person served that is not an attorney for a party:**

| | |
|---|---|
| Date Served: | Date Served: |
| Manner Served:  Select | Manner Served:  Select |
| Name: | Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext. | Tel.          Ext. |
| Fax: | Fax: |
| Email: | Email: |
| Date Served: | Date Served: |
| Manner Served:  Select | Manner Served:  Select |
| Name: | Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext. | Tel.          Ext. |
| Fax: | Fax: |
| Email: | Email: |